UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

LUIS JAIME,

                              Plaintiff,

              -against-

CAPTAIN KIRKLAND, ET AL.,

                            Defendants.

------------------------------------------------------------------- x

No. 20-CV-4365 (AJN) (DCF)

ORDER TO PRODUCE INMATE FOR REMOTE VIDEO DEPOSITION

**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**

        The Superintendent or other official in charge of Rikers Island Correctional Facility, located in East Elmhurst, New York, shall produce inmate Luis Jaime, B&C No. 3491806552, to an appropriate place within the facility with video conference capabilities, designated by the Superintendent or other official in charge, to participate in a remote video deposition with the parties, at a date and time to be determined.

        Upon receipt of this Order, counsel for the Office of the Corporation Counsel of the City of New York shall transmit this Order to the Superintendent or other official in charge of the facility. Counsel for Defendants shall also ascertain the phone number at which Plaintiff can be reached for this video conference.

        **SO ORDERED**.

Dated:    New York, New York
              __January 4, 2022__, ~~2021~~

                                                  _____
                                                  HON. DEBRA FREEMAN
                                                  UNITED STATES MAGISTRATE JUDGE