

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JOHN SCHEMITSCH**
*Senior Counsel*
Phone: (212) 356-2375
Fax: (212) 356-3509
jschemit@law.nyc.gov

February 25, 2022

**VIA ECF**
Honorable Alison J. Nathan
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:    <u>Luis Jaime v. Captain Kirkland et al.</u>, 20-CV-4365 (AJN) (DCF)

Your Honor:

    I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendants Captain Kirkland, Captain Morales, Captain Phillips, and Chief Jennings. Per the Court's January 12, 2022 order, discovery in this matter closed on February 16, 2022. Defendants intend to file a motion for summary judgment, which, per Your Honor's Individual Rules, would be due on March 18, 2022. In light of other case commitments, defendants write respectfully to request a forty-five day extension of time to file their motion for summary judgment, which would presently be due on March 18, 2022, to May 2, 2022, with a corresponding extension of time for plaintiff's opposition to May 16, 2022, and defendants' reply to May 23, 2022. This is the first such request, to which plaintiff consents.

    Thank you for your consideration herein.

Respectfully submitted,

/s/
John Schemitsch
*Senior Counsel*

cc:    **VIA ECF**
    Samuel DePaola, Esq.
    Sim & DePaola, LLP
    *Attorney for Plaintiff*

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
3/2/22