UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS JAIME,<br><br>                              Plaintiff,<br><br> - against -<br><br>CAPTAIN KIRKLAND, CAPTAIN MORALES, PHILLIPS, and CORRECTION OFFICER JENNINGS,<br><br>                              Defendants. | **ORDER**<br><br>20 Civ. 4365 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      This matter has been reassigned from Judge Nathan to this Court. In accordance with Judge Nathan's previous order (Dkt. No. 47), the following deadlines will apply to Defendants' motion for summary judgment:

1. Defendants' motion and supporting papers are due on **May 2, 2022**;

2. Plaintiff's opposition is due on **May 16, 2022**; and

3. Defendants' reply is due on **May 23, 2022**.

      The parties are directed to comply with this Court's Individual Rules of Practice in submitting their summary judgment materials – including Rule IV(C) governing the electronic filing of motion papers.

Dated: New York, New York
       April 13, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge