

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOHN SCHEMITSCH**<br>*Senior Counsel*<br>Phone: (212) 356-2375<br>Fax: (212) 356-3509<br>jschemit@law.nyc.gov |

April 28, 2022

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Luis Jaime v. Captain Kirkland et al.</u>, 20-CV-4365 (AJN) (DCF)

Your Honor:

      I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendants Captain Kirkland, Captain Morales, Captain Phillips, and Chief Jennings. Defendants motion for summary judgment is presently due on May 2, 2022. The undersigned is presently out of work sick and will be unable to return to work until next week at the earliest. Defendants accordingly respectfully request a two week extension of time to file their motion for summary judgment, from May 2, 2022 to May 16, 2022, with a corresponding extension of time for plaintiff's opposition to May 30, 2022, and defendants' reply to June 6, 2022. This is the second such request, to which plaintiff consents.

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/
      John Schemitsch
      *Senior Counsel*

cc:    **VIA ECF**
      Samuel DePaola, Esq.
      Sim & DePaola, LLP
      *Attorney for Plaintiff*

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: May 6, 2022