

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOHN SCHEMITSCH**<br>*Senior Counsel*<br>Phone: (212) 356-2375<br>Fax: (212) 356-3509<br>jschemit@law.nyc.gov |

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: May 19, 2022

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Luis Jaime v. Captain Kirkland et al.</u>, 20-CV-4365 (PGG) (VF)

Your Honor:

      I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants Captain Kirkland, Captain Morales, Captain Phillips, and Chief Jennings. Defendants request a thirty day extension of time to serve their motion for summary on plaintiff, from May 16, 2022 to June 15, 2022. This request is made in light of the undersigned being out of work sick for two weeks and due to other case commitments upon just returning to the office. Defendants previously requested a brief extension with the belief that they would be able to meet that deadline, however the undersigned was out of the office for longer than expected. Defendants accordingly respectfully request a thirty day extension of time to serve their motion for summary judgment on plaintiff to June 15, 2022, with a corresponding extension of time for plaintiff's opposition to June 29, 2022, and defendants' reply to July 6, 2022. This is the third such request, to which plaintiff consents.

      Thank you for your consideration herein.

                                          Respectfully submitted,
                                          /s/
                                          John Schemitsch
                                          *Senior Counsel*

cc:    **VIA ECF**
       Samuel DePaola, Esq.
       Sim & DePaola, LLP
       *Attorney for Plaintiff*